IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-314-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RASHEEM KIREEM HICKS, | ) | |
| | ) | |
| Defendant. | ) | |

On June 25, 2021, Rasheem Kireem Hicks ("Hicks" or "defendant") moved for reconsideration of his motion for compassionate release [D.E. 95]. On August 22, 2021, Hicks died. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name filed for "Rasheem Kireem Hicks") (last visited Sept. 9, 2021).

In light of defendant's death, the court DISMISSES as moot defendant's motion for reconsideration [D.E. 95].

SO ORDERED. This 9 day of September, 2021.

JAMES C. DEVER III
United States District Judge